# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel:  (516) 877-1234   Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ
_____

Sean Constable, Esq.
Admitted in NY & MA

Offices throughout the Northeast
Toll Free: (866) 877-FELA

June 1, 2023

Hon. Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:  JASON RACIOPPO V. LONG ISLAND RAILROAD COMPANY
       23 Civ. 2784 (RA)(GWG)

Dear Judge Abrams:

We are plaintiff's counsel in the above-entitled case scheduled for a status conference on June 9, 2023 at 3:00 PM.  We have just learned that the Summons & Complaint sent out for service on April 4, 2023 was not received by the Long Island Railroad ("LIRR").  We have spoken with in-house counsel for the LIRR and they agreed to accept service but will need time to interpose an Answer.  It is therefore respectfully requested that the conference on June 9, 2023 be adjourned 30 days to allow defendant to appear and file an Answer.

Respectfully submitted,

Sean Constable

SC:EF
cc:  Christopher Yodice, Esq.

Application granted.  The telephone conference scheduled for June 9, 2023 is hereby adjourned to July 12, 2023 at 2:30 p.m.  Call-In Number: (888) 363-4749; Access Code: 1015508#.  The pre-conference materials, as described in the Court's Order dated April 10, 2023, are due a week prior to the conference.

SO ORDERED.

Hon. Ronnie Abrams
June 2, 2023