UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\------------------------------------------------------------X
JASON RACIOPPO,

                Plaintiff,

    - against -

LONG ISLAND RAILROAD COMPANY,

                Defendant.
\------------------------------------------------------------X

23 Civ. 2784 (DEH) (GS)

ORDER

**GARY STEIN, United States Magistrate Judge:**

The parties have jointly informed the undersigned via email that, in light of Judge Ho's March 14, 2024 Order (1) granting their request for an extension of the expert discovery deadline and (2) adjourning the status conference before him previously set for April 3, 2024, they would like to adjourn *sine die* the Court's March 26, 2024 settlement conference. (*See* Dkt. Nos. 17, 21-23).

The parties' request to adjourn is **GRANTED**, and they are furthered **ORDERED** to jointly inform the Court by letter, on or at any time before Tuesday, May 28, 2024, whether they intend to participate in a settlement conference before the undersigned prior to the June 17, 2024 discovery deadline. (*See* Dkt. No. 23). If so, the parties are further directed to provide at least three mutually amenable dates in their joint letter.

    **SO ORDERED.**

DATED:    New York, New York
                March 19, 2024

                                                    */s/ Gary Stein*
                                                    GARY STEIN
                                                    United States Magistrate Judge