UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JASON RACIOPPO,　　　　　　　　　　　　　　　　:　　　　23 Civ. 2784 (DEH) (GS)
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Plaintiff,　　　　　　　　　　:　　　　**ORDER**
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　- against -　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
LONG ISLAND RAILROAD COMPANY,　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendant.　　　　　　　　　　:
-------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

By Order dated March 19, 2024, the undersigned adjourned *sine die* the settlement conference previously scheduled for March 26, 2024.  (*See* Dkt. Nos. 21, 24).  In that same Order, the parties were required to "jointly inform the Court by letter, on or at any time before Tuesday, May 28, 2024, whether they intend to participate in a settlement conference . . . prior to the June 17, 2024 discovery deadline."  (Dkt. No. 24).  To date, no such letter has been filed on the docket.

In light of the foregoing, the parties are hereby **ORDERED** to inform the undersigned by the June 17, 2024 discovery deadline as to whether they intend to participate in a settlement conference in the near future.

　　　　**SO ORDERED.**

DATED:　　New York, New York
　　　　　　June 11, 2024

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　GARY STEIN
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge