UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JASON RACIOPPO,

                                    Plaintiff,                      **23 Civ. No. 2784 (DEH)**

              -against-                                  **PRE-SETTLEMENT**
                                                                            **CONFERENCE ORDER**

LONG ISLAND RAILROAD
COMPANY,

                                    Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, June 26, 2024 at 2:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 230 006 786#.**

       SO ORDERED.

DATED:    New York, New York
                 June 13, 2024

                                                                                 _____
                                                                                 The Honorable Gary Stein
                                                                                  United States Magistrate Judge